# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146014(40)

WILLIAM R. JOHNS, JR. and CLINTON
INTERIORS, INC.,
        Plaintiffs/
        Counter-Defendants-Appellees,

v

WIXOM BUILDERS SUPPLY, INC. d/b/a
BRIGHTON BUILDERS SUPPLY, INC.,
B&D DRYWALL SUPPLY, INC., MID-WEST
BUILDING PRODUCTS, INC., CAPITAL
DRYWALL SUPPLY, INC., and KEN'S
DRYWALL, INC.,
        Defendants/
        Counter-Plaintiffs-Appellants,
and

WILLIAM R. JOHNS, SR.,
        Defendant-Appellant.

SC: 146014
COA: 299542
Macomb CC: 2008-002796-CK

_____/

        On order of the Court, the motion for reconsideration of this Court's December 26, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013


Clerk

d0617